IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY OLIPHANT | : | CIVIL ACTION |
| vs. | : | |
| TOM MCGINLEY, et al. | : | NO. 17-4082 |

# O R D E R

**AND NOW**, this 4th day of September, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and Petitioner's objections thereto, it is hereby **ORDERED** that:

1. Petitioner's objections to the Report and Recommendation are **DENIED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for a writ of habeas corpus is **DENIED**;

4. There is <u>no</u> basis for the issuance of a certificate of appealability;

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE